ADAM ROTTINGER, PLAINTIFF–RESPONDENT, v.
ANTHONY FRIEDHOF, IMPLEADED,
DEFENDANT–APPELLANT.

Argued December 13, 1948—Decided December 20, 1948.

*Mr. Harry Green* argued the cause for the defendant-appellant (*Mr. Samuel Green,* attorney).

*Mr. John W. McGeehan, Jr.,* argued the cause for the plaintiff-respondent.

PER CURIAM. The judgment under review will be affirmed for the reasons expressed in the opinion of Mr. Chief Justice Case in the Court below.

*For affirmance:* Chief Justice VANDERBILT and Justices HEHER, OLIPHANT, WACHENFELD, and ACKERSON—5.

*For reversal:* None.